FAITH A. BOUDOIN

VERSUS

SAFECO INSURANCE COMPANY OF
OREGON, ET AL

NO. 23-CA-65

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Linda Wiseman*
First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
Stephen J. Windhorst, and Scott U. Schlegel

**<u>APPLICATION FOR REHEARING DENIED WITHOUT REASONS</u>**

**SUS**
**FHW**
**SJW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/01/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-65**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Shayna Beevers Morvant (District Judge)

Paul E. Mayeaux (Appellee)
Thomas P. Owen, Jr. (Appellant)
Catherine N. Thigpen (Appellee)

Matthew D. Moghis (Appellant)
William Peter Connick (Appellant)

Michael S. Futrell (Appellant)

### MAILED

John J. Erny, III (Appellee)
Attorney at Law
1425 Airline Drive
Suite 200
Metairie, LA 70001

Paul Michael Elvir, Jr. (Appellee)
Attorney at Law
3900 North Causeway Boulevard
Suite 650
Metairie, LA 70002

Devin Caboni-Quinn (Appellee)
Kaleigh K. Rooney (Appellee)
Attorneys at Law
2821 Richland Avenue
Suite 202
Metairie, LA 70002

Ashley E. Gilbert (Appellee)
Attorney at Law
One Galleria Boulevard
Suite 1530
Metairie, LA 70001

Tucker H. Wimberly (Appellant)
Attorney at Law
3421 North Causeway Boulevard
Suite 408
Metairie, LA 70002